# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| NATURAL DOG ACQUISITION LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:22-cv-00697-GCM |
| PET GO ROUND OF GREENSBORO, | ) |
| Defendant. | ) |

This matter is before the Court upon Plaintiff's Motion to Defer Pursuant to Rule 56(d) or Motion for Extension of Time. (Doc. No. 35). Specifically, Plaintiff requests that the Court defer ruling on the Defendant's Motion for Summary Judgment until after the discovery completion deadline and allow Plaintiff an extension of time to respond to the Motion for Summary Judgment. For good cause shown,

IT IS THEREFORE ORDERED that Plaintiff's Motion is hereby GRANTED, and Defendant may supplement its Motion for Summary Judgment until February 14, 2025. Plaintiff shall have until February 28, 2025, to file a response to Defendant's Motion for Summary Judgment regardless of whether Defendant files a supplement.

Signed: January 9, 2025

Graham C. Mullen
United States District Judge